IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DORALIS CARMONA DELGADO, ADRIANETTE CARMONA DELGADO, LOURDES CARMONA SANTIAGO, FRANCISCO CARMONA SANTIAGO, RAMONITA DELGADO BATALLA, ANGEL RODRIGUEZ CARMONA, ESTATE OF JAVIER CARMONA DELGADO<br>Plaintiffs<br>vs<br>ADMINISTRACION SERVICIOS MEDICOS DE PUERTO RICO; FONDO DEL SEGURO DEL ESTADO; SAMARITAN'S PURSE; JOHN DOE; INSURANCE XYZ<br>Defendants | CIVIL 18-1949CCC |

**OPINION AND ORDER**

On June 3, 2019, plaintiffs filed an Amended Complaint (d.e. 24) against co-defendant Administración de Servicios Médicos de Puerto Rico (ASEM) seeking damages for violations of the Emergency Medical Treatment and Labor Act (EMTALA), 42 U.S.C. § 1395 and medical malpractice. Before the Court is defendant ASEM's Motion to Dismiss (**d.e. 29**) filed July 16, 2019.

Defendant ASEM correctly asserts that it an "arm" of the Commonwealth of Puerto Rico, and is therefore shielded by Eleventh Amendment immunity to suit for damages. Fresenius Med. Care Cardiovascular Res., Inc. v. Puerto Rico & Caribbean Cardiovascular Ctr. Corp., 322 F.3d 56, 70 (1st Cir. 2003) (citing with approval Rodriguez Diaz v. Sierra Martinez, 717 F.Supp. 27 (1989)). There are two exceptions to Eleventh Amendment

CIVIL 18-1949CCC                2

immunity: when Congress abrogates immunity by statute, and when the state waives immunity. Congress did not abrogate the states' Eleventh Amendment immunity in EMTALA, <u>Vazquez Morales v. Estado Libre Asociado de Puerto Rico</u>, 967 F.Supp. 42, 46 (D.P.R. 1997), and ASEM has not waived immunity. Accordingly, ASEM's Motion to Dismiss (**d.e. 9**) is GRANTED. Partial Judgment shall be entered by separate order.

SO ORDERED.

At San Juan, Puerto Rico, on August 20, 2019.

S/CARMEN CONSUELO CEREZO
United States District Judge